IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 6:23-cr-03004-SRB-1 |
| EZEKIEL JOSIAH KING, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #57), recommending that Defendant Ezekiel Josiah King's ("Defendant") Motion to Dismiss the Indictment (Doc. #39) be denied. Defendant filed Objections to the Report and Recommendation. (Doc. #58.) After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS Judge Rush's Report and Recommendation (Doc. #57) and OVERRULES Defendant's objections (Doc. #58). Accordingly, it is hereby ORDERED that the Report and Recommendation (Doc. #57) be attached to and made a part of this Order and that Defendant's Motion to Dismiss the Indictment (Doc. #39) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: September 22, 2023